IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 119

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| AMANDA CECILE TONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** came on before the undersigned on December 20, 2012 pursuant to a Motion to Modify Terms of Pretrial Release (#17) filed by counsel for Defendant. At the call of this matter on for hearing it appeared that Defendant was present with her counsel Charles R. Brewer, and the government was presented through Assistant United States Attorney Thomas Ascik. After hearing arguments of counsel for Defendant and the Assistant United States Attorney, the undersigned has determined for the reasons set forth in the oral record to deny Defendant's motion without prejudice.

ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Modify Terms of Pretrial Release (#17) is hereby **DENIED** without prejudice.

1

Signed: January 2, 2013

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge