IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 cr 119-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| AMANDA CECILE TONEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to Defendant's Motion to Continue Rule 11 Hearing (#38), filed by counsel for Defendant. The undersigned has read the motion and considered the allegations contained therein and does not find that good cause has been shown for the granting of the motion and as a result, the undersigned will enter an order denying the motion to continue.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Continue Rule 11 Hearing (#38) is hereby **DENIED.**

Signed: February 25, 2013

Dennis L. Howell
United States Magistrate Judge